# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| KATHY CLARK, | : No. 391 WAL 2014 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ROBERT OBER, AN INDIVIDUAL; AND | : |
| ANSO, INC., T/D/B/A ANDERSON | : |
| TOWING, A PENNSYLVANIA | : |
| CORPORATION, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.